UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA S.,<br><br>                    Plaintiff,<br><br>      v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,[1]<br><br>                    Defendant. | Case No. 3:24-cv-2277-WQH-DDL<br><br>**ORDER** |

HAYES, Judge:

On April 7, 2025, the parties filed a Joint Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (the "Joint Motion"). (ECF No. 10.)

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 10) is granted. This case is hereby remanded to the Commissioner of Social Security ("Commissioner") pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner will develop the record as necessary; if warranted, offer the claimant the opportunity for a hearing; reconsider all relevant issues; and issue a new decision.

---

[1] On February 16, 2025, Leland Dudek became the Acting Commissioner of Social Security. He is automatically substituted as the defendant pursuant to Federal Rule of Civil Procedure 25(d).

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner, and to close the case.

Dated: April 14, 2025

*[signature]*
Hon. William Q. Hayes
United States District Court